## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No.**  23-MJ-965STE |
| | ) | |
| **THOMAS E. LANDRETH,** | ) | **Violation: U.S.C. 21 § 844** |
| | ) | |
| **Defendant.** | ) | |

## I N F O R M A T I O N

The United States Attorney charges:

On or about October 6, 2023, in Comanche County, in the Western District of Oklahoma,

----------------------------------**THOMAS E. LANDRETH,** ----------------------------------

knowingly and intentionally possessed a controlled substances without a valid prescription,

to-wit: Oxycodone and Fentanyl.

All in violation of Title 21, United States Code, Section 844.

ROBERT J. TROESTER
United States Attorney

MARK R. STONEMAN
Assistant United States Attorney